**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DENISE TAYLOR,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**REPUBLIC FINANCE, LLC,** )<br>)<br>**Defendant.** )<br>) | **Civil Action File No.
5:25-cv-00089-MTT** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Denise Taylor and Defendant Republic Finance, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case, in its entirety, with prejudice.

Respectfully submitted this 12th day of August, 2025.

[*Signatures on Following Page*]

/s/ Patrick Silloway
Patrick Silloway
Georgia Bar No. 971966
Email: psilloway@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, GA 30308
Telephone:    (404) 261-6020
Facsimile:      (404) 261-3656

*Attorney for Defendant Republic Finance, LLC*

/s/ Dennis Kurz
Dennis Kurz, Esq.
Georgia Bar # 430489
4355 Cobb Parkway,
Suite J-285
Atlanta, GA 30339
(404) 805-2494
dennis@kurzlawgroup.com

*Attorney for Plaintiff Denise Taylor*

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Patrick Silloway*
Patrick Silloway
Georgia Bar No. 971966

3